## 30235. JACKSON v. RICKETTS.

This case is remanded to the trial court with direction.

*Remanded with direction. All the Justices concur.*

DECIDED DECEMBER 16, 1975.

Jimmy Jackson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 30308. PASS v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 16, 1975.

Edward Dean Pass, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.